IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 5:20 CR 194 |
| v. | ) | |
| | ) | Title 18, United States Code, |
| JOHN J. POWER, JR., | ) | Section 1709 |
| | ) | |
| Defendant. | ) | JUDGE OLIVER |

COUNT 1
(Theft of Mail by Postal Employee, 18 U.S.C. § 1709)

The Grand Jury charges:

On or about August 11, 2019 to on or about August 14, 2019, in the Northern District of Ohio, Eastern Division, JOHN J. POWER, JR., a United States Postal Service employee, did embezzle and steal a letter addressed to P.S.M., destined for Minerva, Ohio, and a $25 Drug Mart gift card contained therein, which had come into Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service, in violation of Title 18, United States Code, Section 1709.

COUNT 2
(Theft of Mail by Postal Employee, 18 U.S.C. § 1709)

The Grand Jury further charges:

On or about October 4, 2019 to on or about October 7, 2019, in the Northern District of Ohio, Eastern Division, JOHN J. POWER, JR., a United States Postal Service employee, did embezzle and steal a letter addressed to M.W., destined for Hartville, Ohio, and two $10

Walmart gift cards contained therein, which had come into Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service, in violation of Title 18, United States Code, Section 1709.

COUNT 3
(Theft of Mail by Postal Employee, 18 U.S.C. § 1709)

The Grand Jury further charges:

On or about November 25, 2019, in the Northern District of Ohio, Eastern Division, JOHN J. POWER, JR., a United States Postal Service employee, did embezzle and steal a letter addressed to Grandma Irene, destined for Lakewood, Ohio, and $10 in U.S. currency contained therein, which had come into Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service, in violation of Title 18, United States Code, Section 1709.

COUNT 4
(Theft of Mail by Postal Employee, 18 U.S.C. § 1709)

The Grand Jury further charges:

On or about November 25, 2019, in the Northern District of Ohio, Eastern Division, JOHN J. POWER, JR., a United States Postal Service employee, did embezzle and steal a letter addressed to H.D.S., destined for Minerva, Ohio, and 5 cents of United States currency contained therein, which had come into Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service, in violation of Title 18, United States Code, Section 1709.

## COUNT 5
(Theft of Mail by Postal Employee, 18 U.S.C. § 1709)

The Grand Jury further charges:

On or about November 25, 2019, in the Northern District of Ohio, Eastern Division, JOHN J. POWER, JR., a United States Postal Service employee, did embezzle and steal a letter addressed to P.M., destined for Minerva, Ohio, and 5 cents of United States currency contained therein, which had come into Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service, in violation of Title 18, United States Code, Section 1709.

## COUNT 6
(Theft of Mail by Postal Employee, 18 U.S.C. § 1709)

The Grand Jury further charges:

On or about November 25, 2019, in the Northern District of Ohio, Eastern Division, JOHN J. POWER, JR., a United States Postal Service employee, did embezzle and steal a letter addressed to F.S., destined for Minerva, Ohio, and 5 cents of United States currency contained therein, which had come into Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service, in violation of Title 18, United States Code, Section 1709.

## COUNT 7
(Theft of Mail by Postal Employee, 18 U.S.C. § 1709)

The Grand Jury further charges:

On or about November 25, 2019, in the Northern District of Ohio, Eastern Division, JOHN J. POWER, JR., a United States Postal Service employee, did embezzle and steal a letter addressed to W.R., destined for Minerva, Ohio, and United States currency coins contained

therein, which had come into Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service, in violation of Title 18, United States Code, Section 1709.

## COUNT 8
(Theft of Mail by Postal Employee, 18 U.S.C. § 1709)

The Grand Jury further charges:

On or about November 25, 2019, in the Northern District of Ohio, Eastern Division, JOHN J. POWER, JR., a United States Postal Service employee, did embezzle and steal a letter addressed to A.B., and the contents therein, destined for Minerva, Ohio, which had come into Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service, in violation of Title 18, United States Code, Section 1709.

## COUNT 9
(Theft of Mail by Postal Employee, 18 U.S.C. § 1709)

The Grand Jury further charges:

On or about November 25, 2019, in the Northern District of Ohio, Eastern Division, JOHN J. POWER, JR., a United States Postal Service employee, did embezzle and steal a letter addressed to M. McP., destined for Minerva, Ohio, and the contents contained therein, which had come into Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service, in violation of Title 18, United States Code, Section 1709.

## COUNT 10
(Theft of Mail by Postal Employee, 18 U.S.C. § 1709)

The Grand Jury further charges:

On or about November 25, 2019, in the Northern District of Ohio, Eastern Division, JOHN J. POWER, JR., a United States Postal Service employee, did embezzle and steal a letter addressed to Mr. & Mrs. K. H., destined for Minerva, Ohio, and the contents contained therein, which had come into Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service, in violation of Title 18, United States Code, Section 1709.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.